# ATTACHMENT 1

**FILED**
5:01 pm, Jul 29, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

John Daniel Akers JR

vs

(Full name of defendant(s))

John Plasse sheriff of Vigo county

Case Number:

2:20-cv-392-JMS-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __INDIANA__, and is located at
   (State)

   __201 Cherry Street Terre Haute IN. 47807__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **Sheriff John Plasse**
(Name)

is (if a person or private corporation) a citizen of **Indiana**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Sheriff John Plasse violated my Rights. Due to over crowding in the Vigo County Jail and me sleeping on the floor and not 6 inches or higher off the ground. This all happend on various stay's from 2016 to 2020. This all took place in the Vigo County Jail, due to over crowding. Due to the Covid-19 the jail has been well over populated.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like to Recieve $20,000 and will settle for the sum of $17,000 out of court and would like to also see better monitoring of the jail count and low offenders should be Released if the jail is over crowded.

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
OR

☑ Court Trial – I want a judge to hear my case

Dated this 24TH day of July, 2020.

Respectfully Submitted,

*John Daniel Arp* (signature)
Signature of Plaintiff

6471
Plaintiff's Prisoner ID Number

201 Cherry Street Terre Haute Indiana, 47807

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.