UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN DANIEL AKERS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00392-JMS-MJD |
| | ) |
| JOHN PLASSE, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed pursuant to 28 U.S.C. § 1915A(b).

Date: 9/21/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JOHN DANIEL AKERS, JR.
6471
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807